Citizens State Bank of Chicago, appellee, v. Martin Wierzbowski et al., defendants, on interlocutory appeal of Martin Wierzbowski, appellant. Gen. No. 35,381.

Opinion filed November 12, 1931.

Karlin, Cohen & Karlin, for appellant. Trude & Kahane, for appellee; David W. Kahane and Martin Piepenburg, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

J. Lipke and Minnie Lipke, appellees, v. Foreman-State Trust and Savings Bank, appellant. Gen. No. 35,051.

Opinion filed November 24, 1931. Rehearing denied December 7, 1931.

D'Ancona, Pflaum & Kohlsaat, for appellant. Harold A. Fein, for appellees; Bachrach & Abt and Leo L. Stone, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Frank A. Garden, appellant, v. Eugene J. Sullivan and Catherine Sullivan, appellees. Gen. No. 35,091.

Opinion filed November 24, 1931. Rehearing denied December 7, 1931.

Julius S. Neale, for appellant; Clarence T. Morse and Philip Appel, of counsel. Francis J. Sullivan, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Walsh Motors, Inc. for the use of Aetna Acceptance Company, appellee, v. Harbor State Bank, appellant. Gen. No. 35,141.

Opinion filed November 24, 1931. Rehearing denied December 7, 1931.

Gilbert G. Wolfe, for appellant. William S. Kleinman, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Madison-Kedzie Trust & Savings Bank, appellee, v. A. J. Dean, appellant. Gen. No. 35,150.

Opinion filed November 24, 1931. Rehearing denied December 7, 1931.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Winston, Strawn & Shaw, for appellee; Anthony L. Michel, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.